IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01473-OES

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

Plaintiff,

v.

J. D. WALTERS, ADX PROPERTY LIEUTENANT, et al., and
ADX UNIT DISCIPLINE COMMITTEE CHAIRMAN/MEMBERS TEAM,

Defendants.

**ORDER**

On August 16, 2005, Plaintiff submitted to the Court four separate documents titled, Prisoner Complaint, Declaration in Support of Plaintiff's Motion for a Temporary Restraining Order, Memorandum of Law in Support of Motion for a Temporary Restraining Order and Protective Order, Order to Show Cause and Temporary Restraining Order each captioned with three case numbers, including Case Nos. 05-cv-01473-OES, 05-cv-01512-OES, and 05-cv-01513-OES. The documents will not be accepted by the Court for the following reasons.

First, Plaintiff has failed to provide original documents for each of the three identified cases. Nonetheless, even if the Court were to consider the original documents sufficient, the filing of such documents is inappropriate as the cases are not consolidated cases. Plaintiff is to refrain from filing a single document that is captioned with multiple civil action numbers and is instructed to file in a court action only that which pertains to the action.

The Court also notes that Plaintiff continues to submit documents to the Court that identify his name as other than C. Eli-Jah Hakeem Muhammad, a.k.a. Christopher Mitchell. Plaintiff is directed to use the same name on each of his filings with the Court. Accordingly, it is

ORDERED that the Clerk of the Court is directed to return to Plaintiff the above noted documents. It is

FURTHER ORDERED that Plaintiff is to use the same name on each of the filings he submits to the Court, which is C. Eli-Jah Hakeem Muhammad, a.k.a Christopher Mitchell.

DATED at Denver, Colorado, this 24 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01473-OES

C. Elijah Hakeem Muhammad
aka Christopher Hijrah Mitchell
Reg. No. 02791-088
ADX-Florence
P.O. BOX 8500
Florence, CO 81226

    I hereby certify, that I have mailed a copy of the **ORDER** to the above-named individuals on __8/24/05__. **(Plaintiff documents received by this court on August 16, 2005 were mailed with previous order in case 05-cv-01513-OES)**

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk