IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 26 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01473-OES

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

Plaintiff,

v.

J. D. WALTERS, ADX PROPERTY LIEUTENANT, et al., and
ADX UNIT DISCIPLINE COMMITTEE CHAIRMAN/MEMBERS TEAM,

Defendants.

## ORDER DENYING MOTION TO CONSOLIDATE

This matter is before the Court on the *pro se* "Motion to Consolidate/Coordinate or Joinder of Parties," filed by Plaintiff, on August 24, 2005. In the Motion, Plaintiff requests that the Court consolidate Case Nos. 05-01512-OES and 05-01513-OES with the instant case. Relying on Fed. R. Civ. P. 18, Plaintiff asserts that the federal rules are very flexible in combining claims and parties into one lawsuit, even when the claims are unrelated. Based on the following reasons, the Motion will be denied.

Plaintiff has inundated the Court with a multitude of filings in the past several weeks. The filings, however, are deficient. Plaintiff continues to file motions for injunctive relief without initiating a civil action. The two actions that Plaintiff seeks to consolidate with the instant action are deficient. He has not filed a proper prisoner complaint form in either of the actions.

As a prolific filer of actions in this Court, Plaintiff is aware of the local rules requiring him to submit his claims on a Court-approved form. If Plaintiff continues to disregard the Court's rules he will be subject to sanctions.

Plaintiff may elect to dismiss Case Nos. 05-cv-01512-OES and 05-cv-01513-OES and amend the instant case to include the claims asserted in the other two cases. Accordingly, it is

ORDERED that Plaintiff's Motion to Consolidate, filed August 24, 2005, is denied.

DATED at Denver, Colorado, this 26 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01473-OES

Christopher Mitchell
a/k/a C. Eli-Jah Hakeem Muhammad
Reg. No. 02791-088
USP-MAX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** the above-named individuals on 8-26-05

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk