IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01473-OES

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

Plaintiff,

v.

J. D. WALTERS, ADX PROPERTY LIEUTENANT, et al., and
ADX UNIT DISCIPLINE COMMITTEE CHAIRMAN/MEMBERS TEAM,

Defendants.

## ORDER

In the Court's August 24, 2005 Order, Plaintiff was directed to identify his name as C. Eli-Jah Hakeem Muhammad, a.k.a. Christopher Mitchell, and to use the same name on each of the filings he submits to the Court. On September 6, 2005, Plaintiff filed a Prisoner Complaint with the Court that identifies Plaintiff as C. Eli-Jah Hakeem Muhammad. Plaintiff failed to abide by the Court's August 24 Order. Further, Plaintiff has not identified whether the September 6 filing is an Amended Complaint. The Court notes that the September 6 filing is different from the Prisoner Complaint that Plaintiff filed on August 16 in the instant action.

Plaintiff, therefore, is directed to resubmit the Prisoner Complaint and caption the Complaint as he was instructed to do in the August 24 Order. He also is instructed to title the Complaint appropriately as an Amended Complaint. Accordingly, it is

ORDERED that the Clerk of the Court is directed to send to Plaintiff two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that Plaintiff shall have thirty days from the date of the instant Order to comply with the Order as stated above. It is

FURTHER ORDERED that if Plaintiff fails to comply within thirty days the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this 12 day of September, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01473-OES

Christopher Mitchell
a/k/a C. Eli-Jah Hakeem Muhammad
Reg. No. 02791-088
USP-MAX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** the above-named individuals on 9/12/05

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk